UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RENEE CARMAN, ) | Civ. 07-4022-KES |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | JUDGMENT |
| JAMIE MONDRAGON and ) | |
| MONDRAGON CONSTRUCTION & ) | |
| TILE, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Order Awarding Damages, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiff, Renee Carman, and against defendant, Jamie Mondragon, and defendant, Mondragon Construction & Tile, jointly and severally, in the amount of $150,000.

IT IS FURTHER ORDERED that costs shall hereinafter be taxed by the Clerk in favor of plaintiff and against defendant.

Dated July 30, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE